JS-6

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11    EVA A. MOLINA,                        Case No. 2:25-cv-05635-FLA (KSx)

12                        Plaintiff,        **ORDER APPROVING**
                                            **STIPULATION TO REMAND**
13              v.                          **ACTION TO STATE COURT**
                                            **[DKT. 12]**
14
      NISSAN NORTH AMERICA, INC.,
15    *et al*.,

16                        Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

                                    1

On July 9, 2025, the parties filed a Stipulation to Remand ("Stipulation").  Dkt. 12.

Having reviewed the Stipulation and finding good cause therefor, the court hereby REMANDS the action to Los Angeles Superior Court, case number 25STCV13608.  The court VACATES all remaining pretrial and trial dates and deadlines.

IT IS SO ORDERED.

Dated: July 11, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge